

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TEXAS TAX SOLUTIONS, LLC., | § | No. 08-18-00126-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| CITY OF EL PASO | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DTX0412) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **March 1, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jose Padilla, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before March 1, 2019.

IT IS SO ORDERED this 14th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.